UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO JOSEPH, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

v.

WATCH GUARD 24/7 LLC
d/b/a WATCH GUARD 24/7,
JOHN RAFFERTY, and
MICHELE RAFFERTY,

        Defendants.

Case No.: 1:22-cv- 05935

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above captioned action, acting by means of their respective counsel, that Defendants shall have until September 30, 2022 to answer, move or otherwise respond with respect to the Complaint in the above matter. All Parties have agreed to this extension of time.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants also agree to (i) waive all defenses to invalid service of process and (ii) accept service of the Complaint and all amendments thereon.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties that this Stipulation may be signed by facsimile or electronic copy which shall be deemed an original, and may be executed in one or more counterparts, but which collectively will constitute one and the same instrument.

For all Defendants:

By: _____
Sharon Simon, Esq.
The Ingber Law Firm, PLLC
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (203) 629-6170
Telephone: (347) 450-5384
ssimonatty@gmail.com
cjingber@ingberlaw.com

Date: 9-14-22

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor

New York, New York 10011
Telephone: (212) 465-1180

cklee@leelitigation.com

Date: 9/13/22

---

**SO ORDERED.**

Date: _____