# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

September 28, 2022

**Via ECF**

The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Joseph v. Watch Guard 24/7 LLC et al*
Case No.: 22-cv-05935-RA

Dear Judge Abrams:

This firm represents Plaintiff in the above-referenced matter. We write, jointly with counsel for Defendants, to respectfully request a stay in this action, which will include a stay of Defendants' Answer currently scheduled for September 30, 2022. Parties request this stay continue pending the completion of parties' contemplated class-mediation to be held on December 19, 2022.

After several discussions, the parties have agreed to engage in private mediation with third-party mediator, Ms. Dina Jansenson. This date is the earliest date that Mr. Jansenson, whom the parties found mutually agreeable, had available that worked for all parties and counsel involved.

Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter by December 30, 2022. If the parties are unable to reach a resolution at mediation, the parties propose that they with their joint letter submit a Scheduling Order and date by which Defendants will Answer the Complaint.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
09/29/2022