Case 1:22-cv-05935-RA   Document 18   Filed 01/17/23   Page 1 of 1

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO JOSEPH, *on behalf of himself, flsa Collective Plaintiffs, and the Class*,

                Plaintiff,

v.

WATCH GUARD 24/7 LLC d/b/a WATCH GUARD 24/7, JOHN RAFFERTY, and MICHELE RAFFERTY,

                Defendants.

No. 22-cv-5935 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On September 29, 2022, the Court ordered the parties to file a joint status letter concerning the outcome of the class-mediation by December 30, 2022. No such letter has been filed to date. The parties shall file this status letter by January 24, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 17, 2023
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge