# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

February 17, 2022

**Via ECF**:
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Joseph v. Watch Guard 24/7 LLC et al*
                  Case No. 1:22-cv-05935-RA

Dear Judge Abrams:

      This firm represents Plaintiffs in the above-referenced matter. We write, jointly with Defendant, to (i) update the Court on the parties' mediation and (ii) request that the stay be continued and that the parties report to the Court in two-weeks time as to the status of this matter at that point in time.

      On January 30, 2023, the parties mediated this matter with Mediator Dina Jansenson. The parties are still in discussions regarding potential terms.

      This letter is submitted in accordance with the Court's Order dated September 28, 2022. [Dkt 16].

      We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc:  all parties via ECF