UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO JOSEPH, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

WATCH GUARD 24/7 LLC
     d/b/a WATCH GUARD 24/7,
JOHN RAFFERTY, and
MICHELE RAFFERTY,

                Defendants.

Case No.: 1:22-cv-05935

[~~PROPOSED~~]
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Roberto Joseph ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), inclusive of reasonable attorney's fees and costs, with respect to Plaintiff's individual federal claims under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 9, 2023 and filed as Exhibit A to Docket Number 23;

**WHEREAS**, on March 23, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 23);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Roberto Joseph, in the sum of $15,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 9, 2023 and filed as Exhibit A to Docket Number 23.

**SO ORDERED:**

Dated: _March 24,_____, 2023
      New York, New York

_____
U.S.D.J.
Hon. Ronnie Abrams