UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO JOSEPH, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

                          Plaintiff,

-against-

WATCH GUARD 24/7 LLC
    d/b/a WATCH GUARD 24/7,
JOHN RAFFERTY, and
MICHELE RAFFERTY,

                          Defendants.

Case No.: 1:22-cv-05935

**SATISFACTION OF JUDGMENT**

---

    WHEREAS, a judgment was entered in the above action on March 24, 2023 (Docket No. 25) in favor of Roberto Joseph as Plaintiff and against all Defendants in the amount of $15,000; and said judgment having been paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
          March 30, 2023

                                      LEE LITIGATION GROUP, PLLC

                                      By: _____
                                          C.K. Lee, Esq.
                                          148 West 24th Street, 8th Floor
                                          New York, NY 10011
                                          Telephone: (212) 465-1180
                                          Fax: (212) 465-1181
                                          E-mail: cklee@leelitigation.com
                                          *Attorney for Plaintiff*

STATE OF NEW YORK            )
                             )   ss.:
COUNTY OF NEW YORK           )

On the 30th day of March 2023 before me personally came C.K. Lee to me known and known to be a member of the firm of Lee Litigation Group PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public